# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DAVID M ANDERSON,
      Plaintiff

vs

COMMISSIONER OF
SOCIAL SECURITY,

      Defendants

Case No. 1:09-cv-653
Beckwith, J.
Hogan, M.J.

## REPORT AND RECOMMENDATION

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits. Plaintiff's complaint was filed on September 8, 2009 (Doc. 3), and an answer was filed on November 17, 2009, (Doc. 6). The administrative record was filed on November 18, 2009.

The Magistrate Judges' General Order Concerning Social Security Appeals (filed Jan. 28, 2005) sets forth the procedures which parties must follow in social security cases before this Court. The General Order which was mailed to pro-se plaintiff on January 4, 2010, (Doc. 7) requires plaintiff to file a Statement of Errors upon which plaintiff seeks reversal or remand of the Commissioner's decision within 45 days of service of the answer and administrative record. Plaintiff failed to comply with the Court's Order and on February 5, 2010, the Court ordered plaintiff to show cause, within (20) days, why this matter should not be dismissed for his failure to file a Statement of Errors, (Doc. 8).

To date, more than twenty (20) days later, plaintiff has yet to respond to the Court's Show Cause Order or file a Statement of Errors. Accordingly, dismissal is appropriate, Fed. R. Civ. P.

41(b); *Link v. Wabash R.R.,* 370 U.S. 626, 630-631 (1962); *Jourdan v. Jabe,* 951 F.2d 108, 109 (6ᵗʰ Cir. 1991).

## IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be **DISMISSED** with prejudice for lack of prosecution.

2. The Court certify pursuant to 28 U.S.C. 1915(a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore deny plaintiff leave to appeal *in forma pauperis.* Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6ᵗʰ Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6ᵗʰ Cir. 1997).

Date: 3 5/10

Timothy S. Hogan
United States Magistrate Judge

2

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

David M Anderson,
    Plaintiff

Case No. 1:09cv0653

vs.

Commissioner of Social Security,
    Defendant

(Beckwith, J.; Hogan, M.J.)

## NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                                    ☑ Agent
                                     ☐ Addressee

B. Received by (*Printed Name*)      C. Date of Delivery

1. Article Addressed to:

David M Anderson
8337 New Burlington Road
Waynesville, OH 45068

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)       7002 3150 0000 8388 3905

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

1: 04cv 653    (Doc. 10)