# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

David M. Anderson,
    Plaintiff

v.                      Case No. 1:09-cv-653

Commissioner of Social Security,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 3. 2010 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's complaint is **DISMISSED** with prejudice for lack of prosecution.

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. See Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997). Plaintiff remains free to apply to proceed *in forma pauperis*

in the United States Court of Appeals for the Sixth Circuit.

Date: March 24, 2010                    s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Senior Judge
                                        United States District Court